IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARLENE GLOVER | ) |
| | ) |
| v. | ) NO. 3:08-0807 |
| | ) JUDGE CAMPBELL |
| UNIPRES U.S.A., INC. | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 11). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

The jury trial set for September 22, 2009, and the pretrial conference set for September 14, 2009, are canceled. The Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                          TODD J. CAMPBELL
                                                        UNITED STATES DISTRICT JUDGE